IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| DONALD GRIER, #182885, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:05-cv-769-MEF |
| | ) |
| GWENDOLYN C. MOSLEY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on December 19, 2006 (Doc. #16), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the petition for habeas relief pursuant to 28 U.S.C. § 2254 is DENIED and this case is DISMISSED with prejudice.

DONE this the 16th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE